UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* BEXTRA AND CELEBREX PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> *Rosanne Sachs, et at. v. Pfizer Inc.* <br> 3:06-CV-00055-CRB <br> (SCNJ) BER-L-4091-05 | CASE NO.: M:05-CV-01699-CRB <br><br> MDL No.: 1699 |

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFFS, ROSANNE AND JEROME SACHS

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that plaintiffs, Rosanne and Jerome Sachs' claim in the above-referenced matter is dismissed with prejudice.

Dated  July 17, 2006

The Honorable Charles R. Breyer
United States District C...

*IT IS SO ORDERED*
*Judge Charles R. Breyer*